**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**DIRECTV, INC.**                                                **PLAINTIFF**

**V.**                                               **CAUSE NO. 3:04CV56BN**

**TYE GADDIS**                                           **DEFENDANT**

## AGREED ORDER OF COMPROMISE AND DISMISSAL

It appearing to the Court that the parties have settled all matters in controversy existing between them, it is, therefore, accordingly ORDERED, ADJUDGED AND DECREED by the Court that:

The Complaint of the Plaintiff, DIRECTV, INC., be and it hereby is dismissed with prejudice as to Defendant, TYE GADDIS, and that any and all claims of Defendant, TYE GADDIS, against DIRECTV, INC., be and the same are hereby dismissed with prejudice.

SO ORDERED, ADJUDGED AND DECREED this 6th day of December, 2005.

                                                                 s/William H. Barbour, Jr.
                                                                 UNITED STATES DISTRICT JUDGE

AGREED:

| /s/ Jennifer G. Hall | /s/ Thomas Lee |
|---|---|
| Victoria A. Lowery (#99244) | Thomas Lee, Esq. |
| Jennifer Graham Hall (#100809) | Post Office Box 370 |
| W. Clint Pentecost (#99841) | Forest, MS 39074-0370 |
| Clay Dabbs (#101537) | |
| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. | *Attorney for Tye Gaddis* |
| 4268 I-55 North | |
| Meadowbrook Office Park | |
| Jackson, Mississippi 39211 | |

*Attorneys for DIRECTV, Inc.*